UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.                                                    Case Number: 2:17-mj-00013

**DOMINIQUE DAVON CALHOUN**

**O R D E R**

On May 15, 2017, the defendant appeared for the purpose of an initial appearance on the criminal complaint filed against him.  C. Haley Bunn, Assistant United States Attorney, was present for the United States and David R. Bungard, Assistant Federal Public Defender, was present for the defendant.  Also present was Matthew Lambert, Senior United States Probation Officer.

The defendant was not called upon to plead.  The Court informed the defendant of the charge in the case, of his right to counsel, and of matters relating to conditions of release.  The Court further informed the defendant that he was not required to make a statement and that any statement made by the defendant may be used against him.

The Court found the defendant qualifies for court-appointed counsel based upon the financial affidavit submitted by the defendant, and it is hereby **ORDERED** that the Office of the Federal Public Defender is appointed as counsel to represent the defendant.

Counsel for the defendant advised the Court that the defendant wished to waive the preliminary hearing in this matter and presented to the Court a written Waiver of a Preliminary Hearing.  The Court advised the defendant of his right to a preliminary hearing and finds that the defendant made a knowing and voluntary waiver of his right to

a preliminary hearing pursuant to the provisions of Rule 5.1, Federal Rules of Criminal Procedure.

Further, the defendant presented to the Court a written Waiver of Right to a Detention Hearing. The Court advised the defendant of his right to a detention hearing and finds that the defendant made a knowing and voluntary waiver of his right to a detention hearing.

Therefore, it is **ORDERED** that the defendant is detained and remanded to the custody of the United States Marshal pending further proceedings in this matter.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the Probation Department, and the United States Marshals Service.

**ENTER:** May 16, 2017

Dwane L. Tinsley
United States Magistrate Judge