IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA

v.   Case No. 2:17-MJ-00013

DOMINIQUE DAVON CALHOUN

### NOTICE OF APPEARANCE OF ASSIGNED COUNSEL

Now comes Assistant Federal Public Defender, George H. Lancaster, Jr. and appears as assigned counsel of record for the defendant herein. All future correspondence, motions, pleadings, orders, notices, etc. should be sent to the undersigned at the address listed below.

Dated this 16th day of MAY, 2017.

**CHRISTIAN M. CAPECE**
**FEDERAL PUBLIC DEFENDER**

**s/ George H. Lancaster, Jr.**
**George H. Lancaster, Jr., WV Bar No. 5665**
**Assistant Federal Public Defender**
**Counsel for Defendant**
**United States Courthouse, Room 3400**
**300 Virginia Street East**
**Charleston, West Virginia  25301**
**Telephone: (304) 347-3350**
**Facsimile:   (304) 347-3356**
**E-mail: george_lancaster@fd.org**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 2:17-MJ-00013

**DOMINIQUE DAVON CALHOUN**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **NOTICE OF APPEARANCE OF ASSIGNED COUNSEL** has been electronically filed with the Clerk of Court this date using the CM/ECF system and served upon opposing counsel as follows:

VIA CM/ECF:   C. HALEY BUNN
Assistant United States Attorney
United States Courthouse, Room 4000
300 Virginia Street East
Charleston, West Virginia 25301

DATE: May 16, 2017   s/ George H. Lancaster, Jr.
**George H. Lancaster, Jr., WV Bar No. 5565**
**Assistant Federal Public Defender**
**Counsel for Defendant**
**United States Courthouse, Room 3400**
**300 Virginia Street East**
**Charleston, West Virginia  25301**
**Telephone: (304) 347-3350**
**Facsimile:   (304) 347-3356**
**E-mail: george_lancaster@fd.org**