AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

FILED
MAY 16 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:17-MJ-00013 |
| DOMINIQUE DAVON CALHOUN ) | |
| *Defendant* ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 5/15/17

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name and bar number of defendant's attorney*

300 Virginia Street, East, RM 3400, Charleston WV 25301
*Address of defendant's attorney*

_____
*E-mail address of defendant's attorney*

(304) 347-3350
*Telephone number of defendant's attorney*

(304) 347-3356
*FAX number of defendant's attorney*